UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE HALL, | ) | CASE NO.: 1:13 CV 587 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER ADOPTING</u> |
| | ) | <u>REPORT AND RECOMMENDATION</u> |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court upon the Report and Recommendation of Magistrate Judge Greg White.  The Report and Recommendation (ECF #17) is hereby ADOPTED.  Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's final decision denying his claim for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381 *et seq*.  Magistrate Judge White recommended that this Court vacate the decision of the Commissioner and remand the case for further proceedings. No timely objections have been filed.

This Court has reviewed *de novo* Magistrate Judge White's Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and finds that it is thorough, well-supported, and that it fully and correctly addresses all of the Plaintiff's claims.  This Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.

1

The Commissioner of Social Security's final decision is VACATED and the case REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

                                                          */s/ Donald C. Nugent*
                                                          JUDGE DONALD C. NUGENT
                                                          United States District Judge

DATED: 3/25/2014