# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE HALL, | ) | CASE NO.: 1:13 CV 587 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to this Court's Memorandum Opinion and Order, filed contemporaneously herewith, the Report and Recommendation of Magistrate Judge Greg White (ECF #17) is hereby ADOPTED.  Consistent with this ruling, Defendant's decision to deny Plaintiff's claims for Disability Insurance Benefits, Period of Disability, and Supplemental Security Income is VACATED. The case is REMANDED for further proceedings consistent with Magistrate Judge White's Report and Recommendation.

IT IS SO ORDERED.

                                             _/s/ Donald C. Nugent_
                                             JUDGE DONALD C. NUGENT
                                             United States District Judge

DATED:   3/25/2014